973 So.2d 740 (2008)
Gloria SCOTT and Deania M. Jackson, on Behalf of Themselves and All Other Persons Similarly Situated.
v.
The AMERICAN TOBACCO COMPANY, INC.; American Brands, Inc.; R.J. Reynolds Tobacco Company; RJR Nabisco, Inc.; Brown & Williamson Tobacco Corporation; Batus, Inc.; Batus Holdings, Inc.; Philip Morris, Inc.; Philip Morris Companies, Inc.; et al.
No. 2007-C-0654.
Supreme Court of Louisiana.
January 7, 2008.
Denied.
TRAYLOR, J., recused.